Job # NS1048153026     **AFFIDAVIT OF SERVICE**     Eric Creizman PLLC

Index#: 15-CV4846

COURT: United States District     COUNTY: Southern N.Y.

**John Franklin**

                 Plaintiff

against

**Joshua Bryce Newman**

                 Defendant

STATE OF NEW YORK, COUNTY OF New York     :ss:

**Perry Luquis** being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action.

That on the **July 31, 2015 at 7:28 pm**
at **225 West 88th Street, 4E-W, New York, New York 10024**

I served the **Summons and Jury Trial Demand Complaint**

upon Joshua Bryce Newman
Therein named by delivering to, and leaving true copy with said respondent

Depondent describes person actually served as follows:

     SEX:      Male
     COLOR:      White
     HAIR:      Black
     AGE:      40
     HEIGHT:      6'2 "
     WEIGHT:      200
                 GLASSES

Sworn to before me this
   August 3, 2015

                                               Perry Luquis 1415586

Lana Faith Pollack
Commissioner of Deeds
City of New York - No. 1 - 1-5537
Certificate Filed in New York County
Commission Expires September 1, 2016