UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 25, 2015

-------------------------------------------------------------------- X
                   :

JOHN FRANKLIN,                   :

              Plaintiff,     :

                   :                                                                                                                                                                                                                                                                                               

             -v-               :                 15-cv-4846 (KBF)

                   :

JOSHUA BRYCE NEWMAN,        :                 ORDER

                   :

             Defendant.    :

                   :

-------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

      Under Fed. R. Civ. P. 12(a)(1)(A), defendant was required to serve a responsive pleading to plaintiff's complaint no later than August 21, 2015. Defendant shall file a letter not later than **Monday, August 31, 2015** explaining why he has failed to file a responsive pleading in this action. If defendant fails to respond to this order, plaintiff may thereafter file a motion for default judgment.

      SO ORDERED.

Dated:     New York, New York
              August 25, 2015

_____
       KATHERINE B. FORREST
       United States District Judge